304 U.S. 584
 58 S.Ct. 1059
 82 L.Ed. 1546
 Charlotte MOREHEAD et al., petitioners,
v.
The CENTRAL TRUST COMPANY OF CINCINNATI, as executor, etc.*
 No. 1022.
 Supreme Court of the United States
 May 31, 1938
 
 Mr. George S. Hawke, of Cincinnati, Ohio, for petitioners.
 Mr. William J. Rielly, of Cincinnati, Ohio, for respondent.
 
 
 1
 Petition for writ of certiorari to the Supreme Court of the State of Ohio denied.
 
 
 
 *
 Rehearing denied 59 S.Ct. 59, 83 L.Ed. ——.